IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHERMAN SOLOMON,

    **Plaintiff,**

v.        CASE NO. 5:12-cv-276-RS-CJK

KEEFE COMMISSARY
NETWORK LLC,

    **Defendant.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6).

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Amended Complaint (Doc. 5) is **DISMISSED without prejudice** as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) for Plaintiff's abuse of the judicial process.

3. The certificate of appealability is **DENIED**.

4. The Clerk is directed to close the file.

**ORDERED** on November 15, 2012.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**